29 A.3d 737

IN THE MATTER OF HERBERT JONI TAN, AN ATTORNEY
AT LAW (ATTORNEY NO. 008331998).

November 3, 2011.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 11–084, concluding that **HERBERT JONI TAN** of **NEWARK,** who was admitted to the bar of this State in 1998, should be censured for violating RPC 1.1(a) (gross neglect), RPC 1.2(a) (failure to abide by a client's decisions concerning the scope and objectives of the representations), RPC 1.3 (lack of diligence), RPC 1.4(b) and (c) (failure to keep a client reasonably informed about the status of a matter or to comply with reasonable requests for information), and RPC 8.4(c) (conduct involving dishonesty, fraud, deceit or misrepresentation);

And the Disciplinary Review Board having further concluded that respondent should be required to practice law under supervision for a period of two years;

And good cause appearing;

It is ORDERED that **HERBERT JONI TAN** is hereby censured; and it is further

ORDERED that respondent shall practice law under the supervision of a practicing attorney approved by the Office of Attorney Ethics for a period of two years and until the further Order of the Court; and it is further;

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in Rule 1:20–17.